### 3332.   COLEMAN *v.* THE STATE.

POWELL, J.   The evidence, though circumstantial, authorized the conviction.

*Judgment affirmed.*

DECIDED JUNE 7, 1911.

Accusation of simple larceny; from city court of Americus—Judge Crisp. February 28, 1911.

*W. T. Lane,* for plaintiff in error.

*J. R. Williams, solicitor,* contra.